UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA        :        O R D E R
                                :
       v.                       :        Case No.  2:9cr875(DMC)
JONATHAN SUAREZ                 :

     This matter having come before the Court on a motion by Jonathan Suarez appearing Pro Se to permit his notice of appeal filed on 18 September, 2012 as a timely filed appeal, and Mark E. Coyne, AUSA, appearing on behalf of the United States having filed opposition to defendants motion; and

     The court having reviewed same; and

     For good cause shown;

     It is on this 14th day of January 2013 ORDERED that the defendants motion to file a late Notice of Appeal is hereby DENIED for the reasons stated in the government's Opposition filed as ECF #36.

                           /S/ DENNIS M. CAVANAUGH
                           Dennis M. Cavanaugh, U.S.D.J.